

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00116-CR

ALLEN RAY REPPOND, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 19,811

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

Allen Ray Reppond was indicted in this case for one count of indecency with a child by contact. *See* TEX. PENAL CODE ANN. § 21.11(a)(1). Reppond was also indicted in our cause number 06-24-00115-CR for one count of aggravated sexual assault of a child under fourteen years old, *see* TEX. PENAL CODE ANN. § 22.021(a)(2)(B), and one count of indecency with a child by contact, both related to a different victim. Both causes were tried at the same time. Reppond pled guilty to all the charges. After a trial on punishment, an Upshur County jury assessed a sentence of life imprisonment for the aggravated sexual assault conviction and twenty years' imprisonment on both counts of indecency with a child, with all sentences to run concurrently.

In a single brief, Reppond appeals all three convictions arguing that the trial court erred when it failed to remove a juror and replace with an alternate because the juror withheld, during voir dire, that she was unable to assess punishment because she had been the victim of sexual assault.

We addressed that issue, based on the same facts, in detail in our opinion in Reppond's appeal in cause number 06-24-00115-CR. Based on the reasoning in that opinion, issued on the same date herewith, we likewise determine Reppond failed to preserve this issue in this appeal.

We affirm the trial court's judgment.


Charles van Cleef
Justice

Date Submitted:     December 23, 2024
Date Decided:       April 30, 2025

Do Not Publish

3